UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br>  -  against  -<br><br>WILLIAM LANDBERG, KEVIN KRAMER, STEVEN GOULD, JANIS BARSUK, WEST END FINANCIAL ADVISORS LLC, WEST END CAPITAL MANAGEMENT LLC, and SENTINEL INVESTMENT MANAGEMENT CORP.,<br><br>                    Defendants,<br>                         and<br><br>LOUISE CRANDALL and L/C FAMILY LIMITED PARTNERSHIP,<br><br>                  Relief Defendants. | ECF Case 11 Civ. 0404 (PKC)<br><br>**ORAL ARGUMENT REQUESTED** -<br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE that, upon the accompanying Declaration of Paul K. Rooney, dated March 21, 2011, with the exhibits annexed thereto, the accompanying memorandum of law, and all prior proceedings herein, Defendant **Steven Gould** will move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York, on April \_\_\_\_, 2011, at 9 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure to dismiss the Complaint in its entirety, and granting such other and further relief as the Court may deem just and warranted.

       PLEASE TAKE FURTHER NOTICE that opposition papers must be served no later than _____, 2011.

Dated:  New York, New York
          March 21, 2011

                                                                   Paul K. Rooney, P.C.

                                                                     By:_____/s/_____
                                                                     Paul K. Rooney (PR 8010)
                                                                     prooney@pkrooneylaw.com
                                                                     Agnes D. Kusmierska (AK 9617)
                                                                     akusmierska@pkrooneylaw.com
                                                                     708 Third Avenue, 5th Floor
                                                                     New York, NY 10017
                                                                     (212) 209-3943
                                                                     *Attorneys for Defendant Steven Gould*