# Accounting and Bookkeeping ArticlesArticles for Accounting Businesses

```
Search
```

- Home
- Website Home

Subscribe

# Cleaning Up An Accounting Mess

### Come In For The Rescue, The Accountant "Hero"

If you have had any time under your belt in the accounting business you have surely heard of those nightmares that small business owners have experienced. It could have been the time when they tried to do it themselves and found that 6 months later that they were levied with liens and fees and penalties galore from the IRS. Or it could have been the time when an owner let their dear Aunt Sally "keep the books" and her way of doing it was trying to keep it all alphabetical in her hat box.



Better still you probably have heard that story that nothing at all was done with the accounting, and that all they know now is its a large jumbled mess for you to sift through and clean up. However you found those you now provide services for, they could be a mix of any number of combinations when you first signed on with them. Perhaps the worst scenario would be that the mess that the small business owner is in, was caused by one of our own. Another accountant that was careless and neglectful in what they were entrusted to do.

When you find this type of situation is it best to get right one it and become the Accountant "Hero"! With the training you have received (or can receive in the Professional Bookkeeper's Program) from Universal you will be able to go in and identify quickly what needs to be done to clean up the disaster that was left. Here are a few tips that you can use to be able to turn the bad situation into a nice, clear and productive account.

### An Accounting Road Map

Universal's training will equip you well for this task. From the modules and the practice books you will be able to see and experience what a healthy accounting situation really looks like. You will be able to pinpoint the irregularities and the items that need further investigation and cut your "clean up" time in half. When you walk in to the potential client and you have already at his door a way to make things better, the owner will be all ears.

### An Action Plan for Clean Up

Again this will be a product of the coursework you were exposed to in the Professional Bookkeeper's Program.

Because you know what needs to be done you can quickly put together the Action Plan that the owner can follow. This is done for two reasons, one so he'll know the extent of what you are working on for him, but doubly important, that he can start gaining confidence and assurance in your competence as an accounting professional (since the last person they had took that away). Follow closely that Action Plan and if needed, make changes when the circumstances call for it.

## Communication At All Times

Communication is key to the clean up process. Keep in touch with the small business owner on at least on a weekly basis of what you have found, what you have done to correct the mess, and what you need further to make it better for them.

You can be the Accountant Hero! Take it one full force and move your dreams of your practice forward and beyond what you can imagine... oh and make what you're worth at the same time!

Are you ready to take the next step in the process you have started in the accounting field? Are you tired of coming across those times when you know you could have done better if you just had the training in this or that aspect of the accounting, bookkeeping process? If only you had a way to learn how to market your accounting practice from an accountant who has been successful?

Be the Profit Expert Professional for Small Business! Don't hesitate another day in getting the Accounting and Marketing Training that makes the difference. Click here to get more information on what you need to know about becoming the Profit Center Expert for small business accounting and tax!

Universal Accounting Center is looking for ways to better serve your needs. We know you can succeed as you build your own accounting and tax practices, whether you're in Ohio or Canada . Take that step to see it happen! Enroll today!

May 28th, 2008 in Career Accountant Tips, Marketing Your Services

## Leave a Comment: