

# MERCURY CAPITAL

March 21, 2011

About Mercury | Recent Transactions | Submit A Deal | Broker Relations | Contact Us

## MEET THE TEAM

The Executive Team at Mercury Capital U.S.A., LLC brings a broad market perspective and high level of service to borrowers & brokers alike, offering experience in a variety of real estate lending and related investment situations. Whether investing in a $50 million office building or a $3 million bridge loan, the team brings a hands-on approach to every transaction. The principals have invested in commercial real estate, non-performing notes, and bridge/mezzanine financing for over 30 years.

Marc Gleitman
Meir Krengel

### Marc Gleitman, President

Mr Gleitman is the President and co-founder of Mercury Capital U.S.A., LLC. Mr. Gleitman has over 20 years experience in the real estate industry. Having successfully owned & operated a wide range of properties, both commercial and residential, Mr. Gleitman has an extensive history of real estate ownership & management. Mr. Gleitman's track record extends to office, warehouse, industrial retail & residential property. Property ownership & management skills are reflective of previous experience had and prior lessons learned and Mr. Gleitman has a proven track record of success.

From 1983-1985, Mr. Gleitman served as the vice president of acquisitions and management for Mast Property Corporation. Prior to that, Mr. Gleitman was a vice president for Stone-East Associates, a Michael Swerlow Company, concentrating on bankruptcy workouts and liquidations. From 1979 through 1981, Mr. Gleitman worked in public accounting.

Today, Mr. Gleitman's accumulated knowledge serves him well in his ability to sharply evaluate loans and provides guidance to his clients and colleagues on all professional levels. Mr. Gleitman sets the standard for excellence at Mercury by leading with his own example. A native of Manhattan, Mr. Gleitman is a graduate of New York University where he earned a Bachelor of Science degree in accounting.

Back to top

### Meir Krengel

Meir Krengel joined Mercury Capital USA LLC as a principal in 2007. Mr. Krengel is a 3rd generation Real Estate financier and with almost 20 years experience in the Real Estate industry. Mr. Krengel has experience in many facets of the industry including, Sales brokerage, mortgage brokerage and direct lending. Meir has been involved in transactions involving a variety of property types throughout the US.

Mr. Krengel's first job in the mortgage industry was at a New York mortgage brokerage firm. After that he went to a Midtown Manhattan Company where he specialized in investment property sales and financing. Meir was then asked to head up a Hard Money lending company with offices in Brooklyn and Manhattan. Mr. Krengel headed up the bridge lending division of a large Commercial Mortgage brokerage company. In addition to heading the bridge lending division, Mr. Krengel also managed a number of satellite office throughout the country. In 2007 Mr. Gleitman invited Mr. Krengel to join Mercury Capital as a principal.

Mr. Krengel is a New York native and earned a BA from Queens College. Mr. Krengel is involved in numerous charitable and communal organizations.

Back to top



*Selected Transaction*

**$1,300,000**
Development Land
Bucks County, PA

Contact Us | Site Map | Home

## MERCURY CAPITAL

February 25, 2011

About Mercury | Recent Transactions | Submit A Deal | Broker Relations | Contact Us

### COMPANY PROFILE

Established in 1989, Mercury Capital is a fully integrated real estate investment and mortgage lending company. Our primary focus is to provide financing for collateral-based situations that require immediate funding. In this capacity, Mercury Capital has evolved into one of the nation's leading direct bridge lenders, specializing in fast and creative solutions. Typically, these scenarios are either problem solving or opportunity facilitating in nature. Our reputation has been built on the ability to close complex transactions with consistency, speed and reliability. Mercury has provided bridge loans to thousands of borrowers throughout the United States secured by a wide range of commercial property types.

While open to opportunities wherever they can be found, Mercury has focused on scenarios in which is has demonstrated expertise Gap/Bridge financing, foreclosure workouts, bankruptcy resolutions, discounted mortgage buybacks, unpaid tax remittances, and short fuse opportunity financing are all examples of transactions that can be closed with immediacy. Mercury Capital lends on commercial properties nationwide offering loan amounts ranging from $500,000 to $5,000,000.

*Selected Transaction*



**$1,300,000**
Cold Storage Refinance
Roxbury, MA