

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE**
3 WORLD FINANCIAL CENTER
ROOM 400
NEW YORK, NEW YORK 10281-1022

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-13
```

April 30, 2013

<u>By Facsimile to (212) 805-7949</u>   **MEMO ENDORSED**

The Honorable P. Kevin Castel
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Conference adjourned until July 2, 2013 at 11:15 AM
SO ORDERED
[signature] USDJ
5-1-13*

Re: *SEC v. Landberg et al.; 11 CV 0404 (PKC)*

Dear Judge Castel:

We are counsel to plaintiff Securities and Exchange Commission ("Commission"). We write concerning the conference in this matter scheduled for tomorrow at 11:00 a.m. and respectfully request that it be adjourned until June so that the parties can consummate ongoing settlement discussions.

The only remaining issue in this case is the question of what financial remedies, if any, the Commission will ask the Court to impose against defendant William Landberg. As set forth in previous letters to the Court, Mr. Landberg has pleaded guilty to securities fraud in a parallel criminal proceeding, *U.S. v. Landberg*, 1:10cr538, and also consented to the entry of a money judgment of $8.7 million. On March 18, 2013, Mr. Landberg was sentenced to 42 months in prison to be followed by 18 months of home confinement, and ordered to pay an additional $1.125 million in restitution.

In light of Mr. Landberg's plea and sentence, the parties have been discussing a consensual resolution of the Commission's case, and anticipate reaching an agreement-in-principle soon. Any agreement will then need to be approved by the Commission before being submitted for the Court's review.

This is the third request to adjourn the status conference in this case originally scheduled for November 29, 2012. The Court granted two previous adjournments following postponements of Mr. Landberg's sentencing date in his criminal proceeding. Counsel for Mr. Landberg joins in this request.

The Honorable P. Kevin Castel
April 30, 2013
Page 2

      We are happy to answer any questions the Court may have.

                                                 Respectfully submitted,

                                                 Matthew J. Watkins
                                                 Senior Counsel

cc:    Michael Bachner, Esq. (by email)